# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

145014

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MAHRAN HESHAM ABED,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145014
COA: 301459
Washtenaw CC: 10-000068-FC

On order of the Court, the application for leave to appeal the March 6, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

p0716